UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Vanita Saxena,

    Appellant,

    -against-

Carrington Mortgage Services As Servicing
Agent for Deutsche Bank National Trust Company
As Indenture Trustee for New Century Home Equity
Loan Trust 2004-2,

    Appellee(s).
------------------------------------------------------------X

09-CV-3630

ORDER

**TOWNES, United States District Judge:**

The Appellant brought this bankruptcy appeal to challenge a March 27, 2009 Bankruptcy Court Order. Since the appeal appeared to be untimely under Federal Bankruptcy Rule 8002(a), I issued an Order to Show Cause directing the Appellant to serve a written submission showing why the appeal should not be dismissed as untimely. The Appellant did not submit a response and has made no attempt to communicate with the Court about the appeal. Accordingly, this appeal is dismissed as untimely, and the Clerk of Court is directed to close this case.

**SO ORDERED.**

/SANDRA L. TOWNES
United States District Judge

Dated:    Brooklyn, New York
            January //, 2010

